# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

-----------------------------------------------------------------------x

Alexander Bryant, individually and on behalf of all
others similarly situated,

                                Plaintiff,

Civil Action No:
1:18-cv-01646

      -v.-

Dynamic Recovery Solutions, LLC,

Pinnacle Credit Services, LLC and

John Does 1-25

                            Defendant.

-----------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 18th day of September, 2018

                                          _____/s/ Yaakov Saks
                                          Yaakov Saks, Esq.
                                          285 Passaic Street
                                          Hackensack, NJ 07601
                                          Ph:  201-282-6500
                                          ysaks@steinsakslegal.com
                                          *Counsel for Plaintiff Alexander Bryant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 18, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Yaakov Saks
Yaakov Saks, Esq.